IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA M. DUNN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 18-cv-404-CJP[1] |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the parties' Agreed Motion for Remand to the Commissioner. **(Doc. 20)**.

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. See, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Perlman v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will reassess the Plaintiff's physical and mental residual functional capacity; reassess the Plaintiff's subjective

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c). See, Doc. 13.

1

symptoms under Social Security Ruling 16-3p; and reassess the medical opinions of record."

Plaintiff applied for disability benefits in June 2015. (Tr. 16). While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Agreed Motion for Remand to the Commissioner **(Doc. 20)** is **GRANTED**.

The final decision of the Commissioner of Social Security denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

**IT IS SO ORDERED.**

**DATED: August 30, 2018.**

<u>s/ Clifford J Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**